UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FELIPE FERNANDEZ, on behalf of himself and
all others similarly situated,

                              Plaintiff,                         24 Civ. 9006 (LGS)

                -against-                             ORDER

GCP WW HOLDCO, LLC,

                              Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for February 5, 2025;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. In the parties' joint letter, they requested a referral to a Magistrate Judge for a settlement conference "at the Court's earliest convenience." It is hereby

**ORDERED** that the February 5, 2025, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan, scheduling order and settlement referral order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if either party seeks to file a motion for summary judgment at the conclusion of discovery, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.6.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: January 31, 2025
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                               UNITED STATES DISTRICT JUDGE