UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE FERNANDEZ, on behalf of himself and all others similarly situated,

               Plaintiff,

-v-

GCP WW HOLDCO, LLC,

               Defendant.

CIVIL ACTION NO. 24 Civ. 9006 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 30, 2025, the "parties request[ed] a referral to the Magistrate Judge for a settlement conference at the Court's earliest convenience." (ECF No. 12 at 5). On January 31, 2025, this action was referred for settlement. (ECF No. 15). Pursuant to the February 19, 2025 telephone conference (the "Conference"), and by agreement of the parties, the Court set a settlement conference on April 8, 2025. (ECF min. entry Feb. 19, 2025; ECF Nos. 16; 17).

During the Conference and in the February 19, 2025 Settlement Conference Scheduling Order, the parties were required to email pre-settlement conference written submissions to "the Court and the opposing party" "no later than April 3, 2025[.]" (ECF No. 17 at 2). The parties failed to comply. By email to all counsel of record on February 4, 2025, the Court directed the parties to email their "written submissions and attendance acknowledgment forms to Chambers and opposing counsel by 12:00 p.m." the same day. The parties were warned that "[f]ailure to timely comply may result in cancellation of the settlement conference." The parties did not respond and again failed to comply.

The parties twice ignored Court directives and failed to submit written materials required for timely settlement conference preparation.  Accordingly, the settlement conference set for April 8, 2025 (ECF No. 17) is **CANCELLED**.

Dated:     New York, New York
           April 7, 2025

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**