UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    FELIPE FERNANDEZ,
                             Plaintiff,

                         24 Civ. 9006 (LGS)
         -against-

                         ORDER

    GCP WW HOLDCO, LLC,
                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order dated January 31, 2025, directed the parties to file a joint letter on the status of discovery by April 7, 2025. The Order also referred the case for settlement to Magistrate Judge Sarah Cave.

    WHEREAS, the parties failed to file their joint status letter. It is hereby

    **ORDERED** that, by **April 17, 2025**, the parties shall file a letter on the status of discovery and settlement discussions.

Dated: April 14, 2025
       New York, New York

                                          LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**