UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIPE FERNANDEZ,
                       Plaintiff,

                  24 Civ. 9006 (LGS)
      -against-

                  ORDER
GCP WW HOLDCO, LLC,
                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated January 31, 2025, directed the parties to file a joint letter on the status of discovery by April 7, 2025. The Order also referred the case for settlement to Magistrate Judge Sarah Cave. The parties failed to file their joint status letter by April 7, 2025.

WHEREAS, an Order dated April 14, 2025, directed the parties to file the late status letter by April 17, 2025.

WHEREAS, the parties failed to file their status letter by April 17, 2025. It is hereby

**ORDERED** that the parties shall file a letter on the status of discovery and settlement discussions by **April 24, 2025**. The letter shall also explain good cause for the parties' failure to comply with the Court's January 31, 2025, and April 14, 2025, Orders. If the parties fail to file their status letter, the case will be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: April 22, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE